UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Petrus Beukes, Stephanus De Klerk, Gabriel Du Plessis, Cornelius Engelbrecht, Daniel Smith, Abram Carl Meeding, Johannes Jacobus Broodryk, Walter Bartman, Werner Van Heerden, Francois Grobler, Hermanus Harmse, Jacobus Labuschagne, and Juan Curlewis,<br><br>Plaintiffs,<br><br>vs.<br><br>Chad J. Boehnke, and Boehnke Waste Handling, LLC,<br><br>Defendants. | Case No.:  0:24-cv-00828 (JWB/DLM)<br><br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a), the named Plaintiffs and Defendants in the above-captioned matter, by and through their undersigned counsel of record, hereby stipulate and agree that all claims and counterclaims asserted in this action may be dismissed with prejudice, without fees or costs to any party, and that a consent judgment of dismissal with prejudice may be entered in the form of the proposed order submitted to the Court.

Respectfully submitted,

Dated: December 17, 2025

SOUTHERN MINNESOTA
REGIONAL LEGAL SERVICES, INC.

By: /s/ Eric Quintana-Gwost
Eric Quintana-Gwost, MN ID #0505569

1

2

Griselt Andrade, MN ID #0389774
Lisa Hollingsworth, MN ID #0286163
450 North Syndicate Street, Suite 285
St. Paul, MN 55101
Telephone: (651) 788-8442
Fax: (651) 297-9757
eric.quintana-gwost@smrls.org
lisa.hollingsworth@smrls.org
griselt.andrade@smrls.org

*Attorneys for Plaintiffs*

_____

**FOLEY & MANSFIELD, PLLP**

/s/ Lisa M. Lamm Bachman_____
Lisa M. Lamm Bachman (#264313)
Tessa Mansfield Hirte (#0396591)
Paul W. Magyar (#0399108)
250 Marquette Avenue, Suite 540
Minneapolis, MN 55401
Telephone:  (612) 338-8788
llammbachman@foleymansfield.com
tmansfield@foleymansfield.com
pmagyar@foleymansfield.com

*Attorneys for Defendants*