# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Peterus Beukes, Stephanus De Klerk, Gabriel Du Plessis, Cornelius Engelbrecht, Daniel Smith, Abram Carl Meeding, Johannes Jacobus Broodryk, Walter Bartman, Werner Van Heerden, Francois Grobler, Hermanus Harmse, Jacobus Labuschagne, Juan Curlewis, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | Case Number: 24-cv-828 JWB/DLM |
| Boehnke Waste Handling, LLC, Chad J Boehnke, | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Boehnke Waste Handling, LLC and Chad J. Boehnke are **DISMISSED WITH PREJUDICE**

and judgment will be entered. Each party to bear their own costs, disbursements, and

attorneys' fees.

Date: 12/18/2025                                           KATE M. FOGARTY, CLERK